# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1351
Lower Tribunal No. 16-33252

_____

**Michael King,**
Appellant,

vs.

**Stanislav Zaslavskiy,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

The Foodman Firm, P.A., and Daniel Foodman and Eduardo J. Casal, for appellant.

Eric J. Grabois, P.L., and Eric J. Grabois, for appellee.

Before LOGUE, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed.